UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Middesk, Inc.**<br><br>                    **Plaintiff,**<br><br>          v.<br><br>**Osiris Ratings, Inc. d/b/a Baselayer, and**<br><br>**Jonathan Awad, and**<br><br>**Josh Leviloff,**<br><br>                    **Defendants.** | CIVIL ACTION NO. _____ |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(B), Plaintiff Middesk, Inc. ("Middesk") hereby states that Middesk does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: March 31, 2025

Respectfully submitted,

GREENBERG TRAURIG, LLP

 /s/Jason D. Burns
Jason D. Burns
Shira M. Poliak
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9294
Jason.Burns@gtlaw.com
Shira.Poliak@gtlaw.com

Justin K. Victor (*phv forthcoming*)
Fredric J. Bold, Jr. (*phv forthcoming*)
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: (678) 553-2100
victorj@gtlaw.com
rick.bold@gtlaw.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that on this 31st day of March 2025, a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all registered users.

                                                              */s/ Jason D. Burns*