AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Middesk, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. Case No. 1:25-cv-02677 |
| Osiris Ratings, Inc. d/b/a Baselayer, et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Middesk, Inc.

Date: 04/01/2025

/s/ Shira M. Poliak
*Attorney's signature*

Shira M. Poliak (5780523)
*Printed name and bar number*
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017

*Address*

shira.poliak@gtlaw.com
*E-mail address*

(212) 801-9374
*Telephone number*

(212) 801-6400
*FAX number*