UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Middesk, Inc.**<br><br>        Plaintiff,<br><br>        v.<br><br>**Osiris Ratings, Inc. d/b/a Baselayer, and**<br><br>**Jonathan Awad, and**<br><br>**Josh Leviloff,**<br>        Defendants. | CIVIL ACTION NO. 1:25-cv-02677 |

**MOTION FOR ADMISSION PRO HAC VICE OF JUSTIN K. VICTOR, ESQ.**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Justin K. Victor, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Middesk, Inc. in the above-captioned action.

I am a member in good standing of the State Bars of Georgia, Delaware, and Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit in support of this Motion pursuant to Local Rule 1.3.

Date: April 1, 2025.

Respectfully submitted,

/s/ *Justin K. Victor*
Justin K. Victor
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305

(678) 553-2100
victorj@gtlaw.com
*Counsel for Plaintiff Middesk, Inc.*

ACTIVE 709327362v1