

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Justin Kyle Victor, Esq.*

**DATE OF ADMISSION**

**February 12, 2016**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 21, 2025

Nicole Traini
Chief Clerk