UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Middesk, Inc.**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**Osiris Ratings, Inc. d/b/a Baselayer, and**<br><br>**Jonathan Awad, and**<br><br>**Josh Leviloff,**<br>　　　　　　**Defendants.** | CIVIL ACTION NO. 1:25-cv-02677 |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Fredric J. Bold, Jr., Esq. ("Applicant"), for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the State Bar of Georgia and that his contact information is as follows.

Fredric J. Bold, Jr.
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
rick.bold@gtlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Middesk, Inc. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

2

Dated: _____   _____
                                     United States District / Magistrate Judge