UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDESK, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> OSIRIS RATINGS, INC. D/B/A BASELAYER, AND JONATHAN AWAD, AND JOSH LEVILOFF, <br><br> *Defendants.* | Civil Action No. 1:25-cv-02677-PKC <br><br> NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Anthony M. Rainone, Esq., a Member of Brach Eichler, LLC, hereby enters his appearance on behalf of Defendant Josh Leviloff in the above-captioned matter.

**BRACH EICHLER LLC**

Dated: April 4, 2025

By: */s/ Anthony M. Rainone*
  Anthony M. Rainone, Esq.
   E-Mail: arainone@bracheichler.com
  101 Eisenhower Parkway
  Roseland, New Jersey 07068
  Telephone: 973-228-5700
  -and-
  5 Penn Plaza, 23rd Floor
  New York, New York, 1001
  *Attorneys for Defendant Josh Leviloff*

  **Please use the New Jersey address for any hard copy mail or notices**

TO: Justin Kyle Victor, Esq.
  Jason D. Burns, Esq.
  Shira Poliak, Esq.
  **GREENBERG TRAURIG LLP**
  victorj@gtlaw.com
  Jason.burns@gtlaw.com
  Shira.poliak@gtlaw.com

- 2 -

One Vanderbilt Avenue
New York, New York 10017
Attorneys for Plaintiff