UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> OSIRIS RATINGS, INC. et al., <br><br> Defendants. | Case No.: 1:25-cv-02677-PKC <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants Osiris Ratings, Inc. d/b/a Baselayer and Jonathan Awad.

I certify that I am admitted to practice before this Court.

Dated: April 3, 2025

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Matthew D. Gorman*
Matthew D. Gorman (MG1530)
28 State Street, 37th Floor
Boston, Massachusetts 02109
Telephone: (617) 598-7800
Facsimile: (866) 974-7329
Email: mgorman@wsgr.com

*Counsel for Defendants Osiris Ratings, Inc. d/b/a Baselayer and Jonathan Awad*