## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDESK, INC.,<br><br>　　　*Plaintiff,*<br><br>v.<br><br>OSIRIS RATINGS, INC. D/B/A BASELAYER, AND JONATHAN AWAD, AND JOSH LEVILOFF,<br><br>　　　*Defendants.* | **Civil Action No. 1:25-cv-02677-PKC**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Jalen D. Porter, Esq., an Associate of Brach Eichler, LLC, hereby enters his appearance on behalf of Defendant Josh Leviloff in the above-captioned matter.

**BRACH EICHLER LLC**

Dated: April 4, 2025

By: */s/ Jalen D. Porter*
　　Jalen D. Porter, Esq.
　　E-Mail: jporter@bracheichler.com
　　101 Eisenhower Parkway
　　Roseland, New Jersey 07068
　　Telephone: 973-228-5700
　　-and-
　　5 Penn Plaza, 23rd Floor
　　New York, New York, 1001
　　*Attorneys for Defendant Josh Leviloff*

**Please use the New Jersey address for any hard copy mail or notices**

TO: Justin Kyle Victor, Esq.
　　Jason D. Burns, Esq.
　　Shira Poliak, Esq.
　　**GREENBERG TRAURIG LLP**
　　victorj@gtlaw.com
　　Jason.burns@gtlaw.com
　　Shira.poliak@gtlaw.com

- 2 -

One Vanderbilt Avenue
New York, New York 10017
Attorneys for Plaintiff