**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MIDDESK, INC., | Case No.: 1:25-cv-02677-PKC |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| OSIRIS RATINGS, INC. et al., | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants Osiris Ratings, Inc. d/b/a Baselayer and Jonathan Awad.

I certify that I am admitted to practice before this Court.

Dated: April 3, 2025              Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

s/ *Heather G. Diles*
Heather G. Diles
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: hdiles@wsgr.com

*Counsel for Defendants Osiris Ratings, Inc. d/b/a Baselayer and Jonathan Awad*