# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIDDESK, INC., <br><br> Plaintiff, <br><br> v. <br><br> OSIRIS RATINGS, INC. et al., <br><br> Defendants. | CIVIL ACTION NO.  1:25-cv-02677-PKC |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(B), Defendant Osiris Ratings, Inc. d/b/a Baselayer ("Baselayer") hereby states that Baselayer does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: April 4, 2025

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Matt Gorman*
Matt Gorman
One Boston Place
201 Washington Street, Suite 2000
Boston, MA  02108-4403
Telephone:   (617) 598-7800
Email:        mgorman@wsgr.com

*s/ Heather G. Diles*
Heather G. Diles
1301 Avenue of the Americas, 40th Floor
New York, NY  10019-6022
Telephone:   (212) 999-5800
Email:        hdiles@wsgr.com

*Attorneys for Defendant Osiris Ratings, Inc.*