UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Middesk, Inc.**<br><br>　　　　　**Plaintiff,**<br><br>v.<br><br>**Osiris Ratings, Inc. d/b/a Baselayer, and**<br><br>**Jonathan Awad, and**<br><br>**Josh Leviloff,**<br>　　　　　**Defendants.** | CIVIL ACTION NO. 1:25-cv-02677 |

### MOTION FOR ADMISSION PRO HAC VICE OF RUSHTON D. POPE, ESQ.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rushton D. Pope, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Middesk, Inc. in the above-captioned action.

I am a member in good standing of the State Bar of Georgia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been suspended, disbarred, or denied admission or readmission by any court. I have attached an affidavit in support of this Motion pursuant to Local Rule 1.3.

Date: April 4, 2025.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ **Rushton D. Pope**
　　　　　　　　　　　　　　　　　　　　　　Rushton D. Pope
　　　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, LLP
　　　　　　　　　　　　　　　　　　　　　　3333 Piedmont Road NE, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30305
　　　　　　　　　　　　　　　　　　　　　　(678) 553-2100
　　　　　　　　　　　　　　　　　　　　　　rushton.pope@gtlaw.com

2

*Counsel for Plaintiff Middesk, Inc.*

Case 1:25-cv-02677-PKC    Document 23    Filed 04/04/25    Page 2 of 2

2

*Counsel for Plaintiff Middesk, Inc.*