UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Middesk, Inc.**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**Osiris Ratings, Inc. d/b/a Baselayer, and**<br><br>**Jonathan Awad, and**<br><br>**Josh Leviloff,**<br>            **Defendants.** | CIVIL ACTION NO. 1:25-cv-02677 |

**DECLARATION OF RUSHTON D. POPE, ESQ.
IN SUPPORT OF MOTION FOR PRO HAC VICE**

I, Rushton D. Pope, of the City of Atlanta, in the State of Georgia, declare as follows:

1. I am an Associate in the law firm of Greenberg Traurig, LLP.

2. I submit this affidavit in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing with the State Bar of Georgia.

4. I have never been convicted of a felony, and I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. For these reasons, I respectfully request permission to appear as counsel and advocate Pro Hac Vice in this one case for Plaintiff Middesk, Inc.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 4, 2025 at Atlanta, GA.

Respectfully submitted,

/s/ Rushton D. Pope
Rushton D. Pope
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
rushton.pope@gtlaw.com

*Counsel for Plaintiff Middesk, Inc.*

2