UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MIDDESK, INC.,

                     Plaintiff,

                                                                                        25-cv-2677 (PKC)

          -against-                                                        ORDER

OSIRIS RATINGS, INC. d/b/a BASELAYER,
JONATHAN AWAD, and JOSH LEVILOFF

                     Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        So much of the Court's Order of April 2, 2025 (ECF 15) as granted certain discovery from defendants to plaintiff is stayed pending further order of this Court. The April 2 Order otherwise remains in full force and effect. Defendants shall maintain and safeguard without alteration, modification, or deletion all electronic devices described in the April 2 Order or which contain any documents concerning the subject matter of this action. See Local Civil Rule 26.3 (uniform definitions in discovery requests). Compliance with this Order requires immediate cessation of use of any such devices.

        SO ORDERED.

                                                           P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
       April 4, 2025
       3:44 PM