UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Middesk, Inc.**<br><br>              **Plaintiff,**<br><br>       v.<br><br>**Osiris Ratings, Inc. d/b/a Baselayer, and**<br><br>**Jonathan Awad, and**<br>**Josh Leviloff,**<br><br>              **Defendants.** | CIVIL ACTION NO.  1:25-cv-02677-PKC<br><br>Jury Trial Demanded |

## JOINT MOTION FOR ENTRY OF STIPULATED TEMPORARY RESTRAINING ORDER

Plaintiff Middesk, Inc. ("Middesk") and Defendant Josh Leviloff ("Leviloff"), by and through their undersigned counsel, hereby jointly move for the entry of a Stipulated Temporary Restraining Order and state as follows:

On March 31, 2025, Plaintiff Middesk filed a Verified Complaint for Injunctive Relief and Damages ("Verified Complaint") and a Show Cause Order for Expedited Discovery and Computer Forensics ("Show Cause Order").

The parties have met and conferred and hereby stipulate to the following, none of which is admissible at trial or at any hearing for any purpose, except to enforce the terms of this stipulation:

1. Defendant Leviloff agrees to all computer forensics requested within Middesk's Show Cause Order and agrees to respond to all Expedited Discovery requested by Middesk;

2. Defendant Leviloff is restrained from using, printing, copying, distributing, disclosing, or examining or destroying any information taken from or belonging to Middesk

whether or not in original form, including without limitation, Middesk's technical and business information and data, or other Middesk trade secret, confidential and/or proprietary information.

The parties agree that this Order shall remain in effect until (a) the Court dissolves it; or (b) the Court rules on Middesk's request for a Preliminary Injunction.

Dated: April 8, 2025

| | |
|---|---|
| GREENBERG TRAURIG, LLP | BRACH EICHLER LLC |
| | |
| */s/ Jason D. Burns* | */s/ Anthony M. Rainone\** |
| Jason D. Burns | Anthony M. Rainone |
| Shira M. Poliak | 101 Eisenhower Parkway |
| One Vanderbilt Avenue | Roseland, New Jersey 07068 |
| New York, NY 10017 | (973) 364-8372 |
| (212) 801-9294 | arainone@bracheichler.com |
| Jason.Burns@gtlaw.com | |
| Shira.Poliak@gtlaw.com | *Counsel for Defendant Josh Leviloff.* |
| | |
| GREENBERG TRAURIG, LLP | *\*signed by JDB with express permission* |
| Justin K. Victor (*phv*) | |
| Fredric J. Bold, Jr. (*phv*) | |
| Rushton Pope (*phv forthcoming*) | |
| 3333 Piedmont Road NE, Suite 2500 | |
| Atlanta, GA 30305 | |
| (678) 553-2100 | |
| victorj@gtlaw.com | |
| rick.bold@gtlaw.com | |
| rushton.pope@gtlaw.com | |

*Counsel for Plaintiff Middesk, Inc.*