UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Middesk, Inc.** <br><br>         **Plaintiff,** <br><br>     v. <br><br> **Osiris Ratings, Inc. d/b/a Baselayer, and** <br><br> **Jonathan Awad, and** <br> **Josh Leviloff,** <br>         **Defendants.** | CIVIL ACTION NO. 1:25-cv-02677-PKC <br><br> Jury Trial Demanded |

## [PROPOSED] ORDER

This case comes before the Court on Plaintiff Middesk, Inc.'s ("Middesk") Motion for Entry of a Stipulated Temporary Restraining Order. Attached to the Motion is a Stipulated Temporary Restraining Order to which Defendant Josh Leviloff ("Leviloff") has expressly consented.

Because Leviloff consents to the entry of the Motion for Entry of Stipulated Restraining Order and for good cause shown, the Court enters the following Temporary Restraining Order:

1. Defendant Leviloff agrees to all computer forensics requested within Middesk's Show Cause Order and agrees to respond to all Expedited Discovery requested by Middesk;

2. Defendant Leviloff is restrained from using, printing, copying, distributing, disclosing, examining, or destroying any information taken from or belonging to Middesk whether or not in original form, including without limitation, Middesk's technical and business

1

information and data, or other Middesk trade secret, confidential and/or proprietary information.

3. This Order shall remain in effect until (a) the Court dissolves it; or (b) the Court rules on Middesk's request for a Preliminary Injunction.

4. This Order is not admissible at trial or at any hearing for any purpose, except to enforce the terms of this Order.

IT IS SO ORDERED

Dated: April 8, 2025
12:33 PM

_____
Hon. P. Kevin Castel, U.S.D.J.