# BRACH | EICHLER LLC

Anthony M. Rainone
Direct Dial: 973-364-8372
Direct Fax: 973-618-5972
E-mail: arainone@bracheichler.com

April 9, 2025

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: Middesk, Inc. v. Osiris Ratings, Inc. et al.
     Case No.:  1:25-cv-02677-PKC

Dear Judge Castel:

  This firm represents Defendant Joshua Leviloff ("Leviloff") with regard to the above-referenced matter.  Please accept this letter brief in lieu of a more formal response to Plaintiff's Order to Show Cause for Expedited Discovery and to Schedule an Evidentiary Hearing in support of Plaintiff's Request for a Preliminary Injunction, which is currently returnable on April 15, 2025. Leviloff also requests his counsel be excused from appearing in person on the return date.

  With respect to Leviloff, he believes docket entries 30 and 31 (orders relating to Leviloff's consent to the Joint Stipulation) resolves the Order to Show Cause as to Leviloff.

  With respect to the undersigned's appearance on the return date, and with the consent of Plaintiff's counsel, Leviloff respectfully requests that his counsel not be required to attend the hearing on the return date of the Order to Show Cause. This is because of docket entries 30 and

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

515 N. Flagler Drive
Suite 350
West Palm Beach, Florida 33401
561.899.0177

**www.bracheichler.com**

BE.16116469.1/LEV420-287269

BRACH|EICHLERᴸᴸᶜ

Honorable P. Kevin Castel
April 9, 2025
Page 2

31. Further, prior to entry of the return date, the undersigned was already scheduled to attend a mandatory mediation before the Third Circuit Court of Appeals as well as an mandatory in person settlement conference in a multi-party construction defect litigation matter that has been pending for several years. Neither can be rescheduled or adjourned. If the Court still requires attendance, I will arrange for a colleague to appear.

Respectfully submitted,

Anthony M. Rainone

AMR:pa

cc:     All Counsel of Record (via ECF)