

**WILSON SONSINI**

Matthew D. Gorman
Email: mgorman@wsgr.com
Direct dial: 212-497-7786

Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Boston Place
201 Washington Street, Suite 2000
Boston, Massachusetts 02108-4403

O: 617.598.7800
F: 866.974.7329

May 6, 2025

**Via CM/ECF and Email**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
CastelNYSDChambers@nysd.uscourts.gov

Re:    *Middesk, Inc. v. Osiris Ratings, Inc. et al.*, No. 1:25-cv-02677

Dear Judge Castel:

As Your Honor is aware, we represent Defendants Osiris Ratings, Inc. d/b/a Baselayer (the "Company" or "Baselayer") and Jonathan Awad (together with Baselayer, "Defendants"). Pursuant to the Court's Order dated May 1, 2025, ECF No. 54, Defendants respectfully submit the following for consideration in connection with Defendants' Response in Opposition to Motion (ECF No. 51):

Exhibit A:    Defendants' proposed forensic protocol; and

Exhibit B:    A redline version of Defendants' proposed forensic protocol as compared to Middesk's proposed forensic protocol.

We appreciate the Court's consideration of these proposed edits to the forensic protocol.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Matthew D. Gorman

cc:    All Counsel of Record (via CM/ECF)