

Justin K. Victor
Tel 678.553.2169
Fax 215.988.7801
victorj@gtlaw.com

May 12, 2025

**VIA ECF AND E-MAIL**
Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007
CastelNYSDChambers@nysd.uscourts.gov

*Handwritten annotation:* Order of Reference (ECF 37) is VACATED. SO ORDERED. /s/ PKC USDJ 5-14-25

Re:     *Middesk, Inc. v. Osiris Ratings, Inc. et al.*, No. 1:25-cv-02677 (PKC)

Dear Judge Castel:

We represent Plaintiff Middesk, Inc. ("Middesk") in the above-referenced action. We write pursuant to the Southern District of New York's Mediation Program Procedures Rule 3(b), to respectfully request an adjournment of the Court-Ordered mediation. We have contacted Defendants' counsel to discuss this request, and they do not oppose it.

On April 15, 2025, this Court Ordered this matter to the Southern District of New York's Mediation Program. *See* ECF No. 37. The Parties currently are scheduled for a mediation with Fred H. Perkins, Esq. on May 20, 2025.

The computer forensic examination of Defendants' devices pursuant to this Court's Order during the April 15, 2025 Hearing on Middesk's Order to Show Cause has taken longer than the Parties anticipated, and the Parties have not obtained the forensic examination results for any of Defendants Awad or Baselayer's devices. Because the completed computer forensic examination results are necessary for a productive mediation. Middesk believes in good faith that mediation would be most productive if it was scheduled for after Middesk has had an opportunity to obtain and review the computer forensic examination results.

Accordingly, Middesk respectfully requests Your Honor enter an Order adjourning the mediation, and permitting the Parties to reschedule it to another date and time mutually convenient

Greenberg Traurig, LLP | Attorneys at Law
Terminus 200 Building | 3333 Piedmont Road NE, Suite 2500 | Atlanta, Georgia 30305 | T +1 678.553.2100 | F +1 678.553.2212

Albany. Amsterdam. Atlanta. Austin. Berlin¬. Boston. Charlotte. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Kingdom of Saudi Arabia⁺. Las Vegas. London⁺. Long Island. Los Angeles. Mexico City⁺. Miami. Milan⁺. Minneapolis. Munich¬. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Portland. Sacramento. Salt Lake City. San Diego. San Francisco. São Paulo⁺. Seoul∞. Shanghai. Silicon Valley. Singapore⁺. Tallahassee. Tampa. Tel Aviv⁺. Tokyo⁺. United Arab Emirates⁺. Warsaw¬. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ⁺Greenberg Traurig Germany, LLP; ⁺Greenberg Traurig Khalid Al-Thebity Law Firm; *A separate UK registered legal entity; ¬Greenberg Traurig, S.C.; » Greenberg Traurig Studio Legale Associato; ⁺Greenberg Traurig Brazil Consultores em Direito Estrangeiro – Direito Estadunidense; ∞Greenberg Traurig LLP Foreign Legal Consultant Office; ⁺Greenberg Traurig Singapore LLP; ^A branch of Greenberg Traurig, P.A., Florida, USA; ⁰GT Tokyo Horitsu Jimusho and Greenberg Traurig Gaikokuhojimubegoshi Jimusho; ⁺Greenberg Traurig Limited; ¬Greenberg Traurig Nowakowska-Zimoch Wysokriski sp.k..

www.gtlaw.com

ACTIVE 710857927v1

May 12, 2025
Page 2

after Middesk has had the opportunity to review the computer forensic examination results, if the parties agree at that time that mediation would be productive.

We appreciate the Court's attention to this matter.

Respectfully,

*Justin K. Victor*

Justin K. Victor
*Counsel for Plaintiff Middesk, Inc.*

*cc via e-mail*:  SDNY Mediation Office    Anthony Rainone
Rick Bold                         Heather Diles
Jason Burns                       Matt Gorman
Shira Poliak
Rushton Pope

Greenberg Traurig, LLP | Attorneys at Law

www.gtlaw.com

ACTIVE 710857927v1