# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MIDDESK, INC.,** | CIVIL ACTION NO.  1:25-cv-02677-PKC |
| **Plaintiff,** | |
| **v.** | |
| **OSIRIS RATINGS, INC., et al.** | |
| **Defendants.** | |

### DECLARATION OF JUSTIN K. VICTOR IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

I, Justin K. Victor, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney who has been admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York in the above-referenced action. I am a shareholder with the law firm of Greenberg Traurig, LLP, attorneys of record for Plaintiff Middesk, Inc. ("Middesk"). The following facts are within my personal knowledge, unless stated on information and belief (which facts I believe to be true). If called upon as a witness, I could and would competently testify to the truth of the matters asserted in this Declaration.

2.     A copy of Middesk's Proposed First Amended Complaint, with Exhibits appended thereto, is attached hereto as **Exhibit 1**.

3.     A copy of Middesk's Proposed First Amended Complaint, redlined against the filed Complaint, is attached hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States that the foregoing Declaration is true and correct to the best of my knowledge.

2

Executed on May 19, 2025                              */s/ Justin K. Victor*
New York, New York                                    Justin K. Victor