UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MIDDESK, INC.,

                Plaintiff,

                                                          25-cv-2677 (PKC)

        -against-                                        ORDER

OSIRIS RATINGS, INC. d/b/a BASELAYER,
JONATHAN AWAD, and JOSH LEVILOFF

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        There will be a pretrial conference on June 16, 2025, at 3 p.m. in Courtroom 11D.

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       May 30, 2025