**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **MIDDESK, INC.,** | CIVIL ACTION NO. 1:25-cv-02677-PKC |
| **Plaintiff,** | |
| **v.** | |
| **OSIRIS RATINGS, INC., et al.,** | |
| **Defendants.** | |

**DECLARATION OF MATTHEW D. GORMAN**
**IN OPPOSITION TO PLAINTIFF'S**
**MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Matthew D. Gorman, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an attorney admitted to practice in the United States District Court for the Southern District of New York in the above-referenced action. I am a Partner of the law firm Wilson Sonsini Goodrich & Rosati, attorneys of record for Defendants Osiris Ratings, Inc. d/b/a Baselayer and Jonathan Awad. The facts referenced herein are within my personal knowledge and if called upon as a witness, I could and would competently testify to the truth of the matters asserted in this Declaration.

2.      Attached hereto as **Exhibit 1** are true and correct copies of excerpts from the transcript of the deposition of Defendant Josh Leviloff taken by Plaintiff on May 8, 2025.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts that the foregoing Declaration is true and correct to the best of my knowledge.

Executed on June 2, 2025                          /s/ *Matthew D. Gorman*
Boston, Massachusetts                            Matthew D. Gorman