# Exhibit 1

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MIDDESK, INC.,

　　　　　　Plaintiff,                     Case No.

　　　v.                                1:25-cv-02677

OSIRIS RATINGS, INC. d/b/a BASELAYER,

and JONATHAN AWAD and JOSH LEVILOFF,

　　　　　　Defendants.

------------------------------------x


CONFIDENTIAL VIDEOTAPED

DEPOSITION OF JOSH LEVILOFF

Thursday, May 8, 2025


THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PORTIONS


Reported by:
Frank J. Bas, RPR
JOB NO. J12833773



J. LEVILOFF

Q.    What's his last name?

A.    I don't know.  It's a long Russian name.

Q.    Does he live in New York?

A.    Yes.

Q.    Did you meet him in-person?

A.    Yes.

Q.    Did you email with him?

A.    I don't think so.

Q.    Did you Slack with him?

A.    Maybe.  I don't know.

Q.    You said Tim Hyde, he lives in San Francisco, but the company was based in his apartment that he owns in New York?

A.    Yes.

Q.    Did you meet him in person after you started again?

A.    No.

Q.    Did you only talk to him via Zoom or -- let me start over.

      Did you only talk to him virtually?

A.    Yes.

Q.    Did you talk to him over Slack?

A.    Yes.



J. LEVILOFF

Q.    What did you talk to him about?

A.    I don't remember.

Q.    If he's an engineer, why would you be talking to him?

A.    He was the CTO.  So he had questions about the product performance, which we talked about earlier.

Q.    Oh, he had questions about Middesk's product performance that he asked you to disclose?

A.    Yeah, I don't know if he asked -- I don't remember if he asked that over Slack.

Q.    It might have been over Slack?

A.    It could have been.

Q.    Okay.  It could have been over email?

A.    Yes.  But I don't think it was.

Q.    Do you think it was over Slack maybe, or verbally?

A.    Verbally.  Definitely verbally.

Q.    He definitely asked you for information verbally, but you're not sure if he also asked for information over Slack?



J. LEVILOFF

A.   Again, he was on a call with Jonathan.  And I don't remember if it was him or Jonathan that asked the question.

Q.   Got it.

Do you remember anything you talked to him about specifically?

A.   No.

Q.   How many times did you talk to Tim Hyde?

A.   Three or four times.

Q.   Before or after you were hired?

A.   Once before and then two or three times after I joined.

Q.   Once you joined Baselayer, which Baselayer employees did you have the most interactions with?

A.   Jonathan and Juan.

Q.   Who is Juan -- what his last name?

A.   Escrig.  E-S-C-R-I-G.

Q.   What's his responsibility?

A.   He's a solutions engineer, so he was in charge of all the technical pieces of selling.

Q.   What does that mean?



C E R T I F I C A T E

STATE OF NEW YORK        )

COUNTY OF NEW YORK       )

I, FRANK J. BAS, a Certified Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

That the witness whose testimony is hereinbefore set forth, was duly sworn by me and that such testimony given by the witness was taken down stenographically by me and then transcribed.

I further certify that I am not related by blood or marriage to any of the parties in this matter and that I am in no way interested in the outcome of this matter.

That any copy of this transcript obtained from a source other than the court reporting firm, including from co-counsel, is uncertified and may not be used at trial.

IN WITNESS WHEREOF, I have hereunto set my hand this 12th day of May, 2025.



_____

FRANK J. BAS, RPR, CRR