**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **MIDDESK, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**OSIRIS RATINGS, INC., et al.**<br><br>**Defendants.** | CIVIL ACTION NO.  1:25-cv-02677-PKC |

**DECLARATION OF JUSTIN VICTOR, ESQ., IN SUPPORT OF
PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO
AMEND COMPLAINT**

I, Justin Victor, declare and state as follows:

1.      I am an attorney admitted to practice in the States of Delaware, Pennsylvania, and Georgia. I have been admitted *pro hac vice* to practice in the Southern District of New York in the above-captioned action. I am a Shareholder at the law firm Greenberg Traurig LLP, counsel for Plaintiff Middesk, Inc. ("Middesk").

2.      The facts referenced herein are within my personal knowledge, and, if called upon as a witness, I could and would competently testify to the truth of the matters asserted in this Declaration. The facts contained herein are in support of Middesk's Reply in Support of its Motion for Leave to Amend Complaint (the "Reply"), filed on June 9, 2025.

3.      Attached to the Reply as **Exhibit A**, is a true and correct copy of an excerpt from the transcript of the deposition of Defendant Josh Leviloff taken by Middesk on May 8, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

DATED: June 9, 2025

*/s/   Justin K. Victor*
Jason D. Burns
Shira M. Poliak
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue

New York, NY 10017
(212) 801-9294
Jason.Burns@gtlaw.com
Shira.Poliak@gtlaw.com

Justin K. Victor (*phv*)
Fredric J. Bold, Jr. (*phv*)
Rushton Pope (*phv*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
victorj@gtlaw.com
rick.bold@gtlaw.com
rushton.pope@gtlaw.com

*Counsel for Plaintiff Middesk, Inc.*