# Exhibit A

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MIDDESK, INC.,

        Plaintiff,           Case No.

    v.                  1:25-cv-02677

OSIRIS RATINGS, INC. d/b/a BASELAYER,

and JONATHAN AWAD and JOSH LEVILOFF,

        Defendants.

------------------------------------x


CONFIDENTIAL VIDEOTAPED

DEPOSITION OF JOSH LEVILOFF

Thursday, May 8, 2025


THIS TRANSCRIPT CONTAINS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

PORTIONS


Reported by:
Frank J. Bas, RPR
JOB NO. J12833773



                          J. LEVILOFF

                (This ends the portion of the

            transcript designated Highly

            Confidential - Attorneys' Eyes Only.)

BY ATTORNEY VICTOR:

        Q.    So when you're saying in this

sentence, "In addition, after I joined, Awad

and another employee of Baselayer asked

me ..." that other employee is Tim Hyde --

        A.    Yes.

        Q.    -- when you say "another employee."

               And he's the co-founder with Awad?

        A.    Yes.

        Q.    Do you know where he lives?

        A.    So Baselayer's office in New York

is his apartment, and he lives in

San Francisco.

        Q.    So Tim Hyde owns an apartment or

rents an apartment in New York?

        A.    Yes.  I think he owns it.

        Q.    You think he owns it.  But he lives

in San Francisco?

        A.    Yes.

        Q.    Okay.  Let's go to -- let's talk

about Tim Hyde a little bit more.

