## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Middesk, Inc.<br><br>**Plaintiff,**<br><br>v.<br><br>Osiris Ratings, Inc. d/b/a Baselayer, and<br><br>Jonathan Awad, Timothy Hyde, and<br><br>Josh Leviloff,<br><br>**Defendants.** | CIVIL ACTION NO.  1:25-cv-02677-PKC |

## PLAINTIFF MIDDESK, INC.'S AND DEFENDANTS OSIRIS RATINGS, INC.'S, JONATHAN AWAD'S, AND TIMOTHY HYDE'S JOINT STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS

Plaintiff Middesk, Inc. ("Middesk"), along with Defendants and Counterclaim Plaintiffs Osiris Ratings, Inc. ("Baselayer"), Jonathan Awad ("Awad"), and Timothy Hyde ("Hyde") (together, the "Baselayer Defendants"), jointly move and stipulate to dismiss Middesk's claims against the Baselayer Defendants and Baselayer's counterclaims against Middesk, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Middesk and Baselayer now stipulate to dismiss Middesk's claims against the Baselayer Defendants and Baselayer's counterclaims against Middesk with prejudice, with each party to bear their respective costs and attorneys' fees.

Dated: July 28, 2025

Respectfully submitted,

Jason D. Burns
Shira M. Poliak

Matthew D. Gorman

1

GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9294
Jason.Burns@gtlaw.com
Shira.Poliak@gtlaw.com

Justin K. Victor (*phv*)
Fredric J. Bold, Jr. (*phv*)
Rushton Pope (*phv*)
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
Victorj@gtlaw.com
Rick.Bold@gtlaw.com
Rushton.Pope@gtlaw.com


*Counsel for Plaintiff Middesk, Inc.*

WILSON SONSINI GOODRICH &
ROSATI, Professional Corporation
One Boston Place
201 Washington Street, Suite 2000
Boston, MA 020108
Telephone: (617) 598-7800
Facsimile: (866) 974-7329
mgorman@wsgr.com

Heather D. Giles
WILSON SONSINI GOODRICH &
ROSATI, Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
hdiles@wsgr.com

*Counsel for Defendants Osiris Ratings,
Inc. d/b/a Baselayer, Jonathan Awad, and
Timothy Hyde*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28, 2025, a copy of the foregoing was served electronically by filing on ECF, which in turn will serve the foregoing on all parties of record.

Dated: July 28, 2025

*/s/ Justin K. Victor*
Justin K. Victor