**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **Middesk, Inc.**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**Osiris Ratings, Inc. d/b/a Baselayer, and**<br><br>**Jonathan Awad, Timothy Hyde, and Josh Leviloff,**<br>    **Defendants.** | CIVIL ACTION NO.  1:25-cv-02677-PKC<br><br> Jury Trial Demanded |

## X[PROPOSED] CONSENT ORDER AND STIPULATED INJUNCTION

Plaintiff Middesk, Inc. ("Middesk") and Defendant Joshua Leviloff ("Leviloff"), by and through their undersigned counsel, hereby jointly move for the entry of this Proposed Consent Order and Stipulated Injunction and state as follows:

WHEREAS, on March 31, 2025, Plaintiff Middesk filed a Verified Complaint for Injunctive Relief and Damages ("Verified Complaint") and a Show Cause Order for Expedited Discovery and Computer Forensics ("Show Cause Order");

WHEREAS, on April 8, 2025, this Court granted Middesk and Defendant Leviloff's Stipulated Temporary Restraining Order;

WHEREAS, on June 12, 2025, Plaintiff Middesk filed a First Amended Complaint for Injunctive Relief and Monetary Damages citing to declaration by Defendant Leviloff under penalty of perjury and providing: "[Defendant] Awad told me over the phone that he would pay me a significant sum of money (it was either $10,000 or $20,000 but I don't remember the exact figure) if I sent him a list of Middesk's prospects and customers from Salesforce."

WHEREAS, Defendant Leviloff has produced to Middesk a notebook of Defendant Leviloff's handwritten notes containing Middesk customer, vendor, product, and pricing information (the "Leviloff Notebook");

WHEREAS, the Amended Complaint alleges that on or around February 25, 2025, Leviloff provided Awad and Baselayer the Leviloff Notebook;

WHEREAS, on July 29, 2025, the Court entered a Consent Order concerning Awad, Hyde, and Baselayer concerning the use and destruction of Middesk's confidential information and trade secrets (Dkt. 107);

WHEREAS Leviloff denies any wrongdoing whatsoever;

WHEREAS, Middesk, Awad, Hyde and Baselayer have filed stipulations of dismissal in this matter resolving all disputes between those parties;

The Middesk and Leviloff have met and conferred and hereby stipulate to the following:

1. Defendant Leviloff is **permanently** restrained from using, printing, copying, distributing, disclosing, or examining any information taken from or belonging to Middesk whether or not in original form, including without limitation, Middesk's technical and business information and data, or other Middesk trade secret, confidential and/or proprietary information.  This includes, but is not limited to any copies of the Leviloff Notebook or information contained within the Leviloff Notebook.

2. Defendant Leviloff confirms that he will not provide access to, share, or disseminate any Middesk information or documents with any other third-parties, individuals, or entities.

3. Defendant Leviloff agrees to permanently delete any Middesk "confidential information" found or discovered to be within his possession custody or control.

4. Defendant Leviloff agrees not to solicit or sell any products or services to any of the customers or potential customers listed within the Leviloff Notebook (filed under seal as Exhibit A) for a period of two years.


IT IS SO ORDERED


Dated: August 5 , 2025

_____
P. Kevin Castel
United States District Judge


Dated: August 4, 2025


GREENBERG TRAURIG, LLP

_____
Jason D. Burns
Shira M. Poliak
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9294
Jason.Burns@gtlaw.com
Shira.Poliak@gtlaw.com

GREENBERG TRAURIG, LLP
Justin K. Victor (*phv*)
Fredric J. Bold, Jr. (*phv*)
Rushton Pope (*phv*)
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
victorj@gtlaw.com
rick.bold@gtlaw.com
rushton.pope@gtlaw.com

*Counsel for Plaintiff Middesk, Inc.*

BRACH EICHLER LLC

_____
Anthony M. Rainone
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 364-8372
and
5 Penn Plaza, 23rd Floor
New York, NY 10001
arainone@bracheichler.com

*Counsel for Defendant Josh Leviloff*

3

# EXHIBIT A

# Filed Under Seal