UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Middesk, Inc.<br><br>         Plaintiff,<br><br>         v.<br><br>Osiris Ratings, Inc. d/b/a Baselayer, and<br><br>Jonathan Awad, Timothy Hyde, and<br><br>Josh Leviloff,<br><br>         Defendants. | CIVIL ACTION NO. 1:25-02677-PKC |

## STIPULATION OF VOLUNTARY DISMISSAL OF
## CLAIMS AGAINST DEFENDANT JOSH LEVILOFF WITH PREJUDICE

TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Middesk, Inc. and Defendant Josh Leviloff stipulate and agree, by and through their respective undersigned counsels, to voluntarily dismiss all claims against Defendant Josh Leviloff in the above-captioned action with prejudice. Each party shall bear its own attorneys' fees and costs.

GREENBERG TRAURIG, LLP

_____

Jason D. Burns
Shira M. Poliak
One Vanderbilt Avenue
New York, NY 10017
(212) 801-9294
Jason.Burns@gtlaw.com
Shira.Poliak@gtlaw.com

BRACH EICHLER LLC

_____

Anthony M. Rainone
101 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 364-8372

and

GREENBERG TRAURIG, LLP
Justin K. Victor (*phv*)
Fredric J. Bold, Jr. (*phv*)
Rushton Pope (*phv*)
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
(678) 553-2100
victorj@gtlaw.com
rick.bold@gtlaw.com
rushton.pope@gtlaw.com

*Counsel for Plaintiff Middesk, Inc.*

Dated: August 6, 2025

5 Penn Plaza, 23rd Floor
New York, NY 10001
arainone@bracheichler.com

*Counsel for Defendant Josh Leviloff*

Dated: August 6, 2025

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 6, 2025, a copy of the foregoing was served electronically by filing on ECF, which in turn will serve the foregoing on all parties of record.

Dated: August 6, 2025

*/s/ Justin K. Victor*
Justin K. Victor